THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Alton Waggoner et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The City of Dallas, Texas et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-02776-E |

## [PROPOSED] ORDER

On this date, the Court considered Plaintiffs' Opposed Motion for a Preliminary Injunction. After due consideration of this motion, any responses and replies, and all other evidence and argument, the Court GRANTS Plaintiffs' Motion. It is hereby ORDERED that The City of Dallas, Dallas Police Chief Edgardo Garcia, Interim Marshal David Pughes, and their agents and employees are enjoined from enforcing § 28-61.1 of the Dallas City Code against any person in the City of Dallas.

SIGNED on _____, 2023.

_____
HON. ADA BROWN
UNITED STATES DISTRICT JUDGE

1