IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALTON WAGGONER et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Civil Action No. 3:22-CV-02776-E |
| THE CITY OF DALLAS TEXAS et al., | § § § § § § | |
| Defendants. | | |

**ORDER GRANTING THE CITY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Before the Court is The City Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint (Doc. 10).  The Court, having considered the motion concludes that good cause exists, and the motion should therefore be granted.

It is therefore ORDERED that the motion is GRANTED. The deadline by when Defendants The City of Dallas, and in their official capacities, Edgardo Garcia, and David Pughes, must respond to Plaintiffs' Original Complaint is HEREBY EXTENDED to no later than 45 days after the date on which this Court rules on Plaintiffs' application for preliminary injunction.

**SO ORDERED.**

9th day of January, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE