THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Alton Waggoner et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:22-cv-02776-E |
| v. ) | |
| ) | |
| The City of Dallas, Texas et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' CORRECTED EXHIBIT LIST
## FOR PRELIMINARY INJUNCTION HEARING

Plaintiffs Alton Waggoner, Teri Heishman, Hannah Lebovits, and Kawana Menchaca intend to introduce and admit into evidence the exhibits listed below at the Preliminary Injunction Hearing set for April 13, 2023.

Plaintiffs reserves the right to introduce as evidence any such documents or materials, as well as any other documents or materials not included herein as allowed by the Federal Rules of Evidence.

| Pls.' Ex. No. | Exhibit | Offered | Objections | Admitted |
|---|---|---|---|---|
| 1 | Final & Adopted sec. 28-61.1 | | | |
| 2 | Proposed Amendments to sec. 13-10 | | | |
| 3 | Christopher J. Caso, Dallas City Attorney & Jill Hanin, Dallas Chief of Community Prosecution, Overview of Panhandling, Solicitation, and Available Strategies, City of Dallas (Feb. 3, 2021) | | | |
| 4 | City of Dallas Office of Homeless Solutions et al., Panhandling Deflection Program (Oct. 25, 2021) | | | |
| 5 | Memorandum from Christine Crossley, Director of Office of Homeless Solutions, to Members of City | | | |

|    |                                                                                                                                                                                                   |  |  |  |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
|    | Council Government Performance and Financial Management Committee (Apr. 25, 2022)                                                                                                                |  |  |  |
| 6  | Memorandum from Christine Crossley, Director of Office of Homeless Solutions, to Members of City Council Government Performance and Financial Management Committee (May 20, 2022)                |  |  |  |
| 7  | Memorandum from Jon Fortune, City of Dallas Deputy City Manager, to Members of the City Council's Public Safety Committee (Oct. 7, 2022)                                                          |  |  |  |
| 8  | Christine Crossley, Director of Office of Homeless Solutions, et al., Panhandling Deflection Program Update, City of Dallas (June 27, 2022)                                                       |  |  |  |
| 9  | Memorandum from Christine Crossley, Director of Office of Homeless Solutions, to Members of the Dallas City Council Government Performance and Financial Management Committee (Oct. 21, 2022)    |  |  |  |
| 10 | Declaration of Yafeuh Balogun                                                                                                                                                                     |  |  |  |
| 11 | Declaration of Kawana Scott                                                                                                                                                                       |  |  |  |
| 12 | Declaration of Steven Monacelli                                                                                                                                                                   |  |  |  |
| 13 | Declaration of Hannah Lebovits                                                                                                                                                                    |  |  |  |
| 14 | First Declaration of Alton Waggoner                                                                                                                                                               |  |  |  |
| 15 | Declaration of Lafayette "Teri" Heishman                                                                                                                                                          |  |  |  |
| 16 | Dallas Vision Zero Action Plan: Crash & Survey Data Analysis                                                                                                                                      |  |  |  |
| 17 | Dallas Vision Zero Action Plan                                                                                                                                                                    |  |  |  |
| 18 | Declaration of David Ragland                                                                                                                                                                      |  |  |  |
| 19 | Second Declaration of Alton Waggoner                                                                                                                                                              |  |  |  |
| 20 | Parade Permit Ordinance section 28-187                                                                                                                                                            |  |  |  |
| 21 | Affidvait of DOT Director G. Khankarli w/ Attachments                                                                                                                                             |  |  |  |
| 22 | Photo of Steven Monacelli and two others on median                                                                                                                                                |  |  |  |
| 23 | Photo of anti-CCP Protestors along clear zone                                                                                                                                                     |  |  |  |
| 24 | Photo of Q-Anon Protestors in Clear Zone                                                                                                                                                          |  |  |  |
| 25 | Photo GAFs GOTTA GO Protestor in Clear Zone                                                                                                                                                       |  |  |  |
| 26 | Photo of Drag Queen Protestors on Median/Clear Zones                                                                                                                                              |  |  |  |
| 27 | Dallas City Council, October 26, 2022, City Council Agenda Meetings, Item 16 (Part 2 of 2), DALLAS CITY NEWS NETWORK (Oct. 26, 2022), https://dallastx.swagit.com/play/10262022-855                |  |  |  |
| 28 | Dallas City Council, Government Performance & Financial Management Committee, DALLAS                                                                                                              |  |  |  |

PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING

| | | | | |
|---|---|---|---|---|
| | CITY NEWS NETWORK (Oct. 25, 2021), https://dallastx.swagit.com/play/10262021-529 | | | |
| 29 | Dallas City Council, 21-17 Panhandling and Solicitation, Overview and Available Strategies, DALLAS CITY NEWS NETWORK (Feb. 3, 2021), https://dallastx.swagit.com/play/02032021-715 | | | |
| 30 | Dallas City Council, *April 18, 2022, Transportation & Infrastructure*, DALLAS CITY NEWS NETWORK at 2:40:30 (Apr. 18, 2022), https://dallastx.swagit.com/play/04182022-541. | | | |

Dated: April 12, 2023

Respectfully,

/s/ *Travis Fife*
Travis Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
*Attorney-in-Charge*
Dustin Rynders
Texas State Bar No. 24048005
dustin@texascivilrightsproject.org
Molly Petchenik
Texas State Bar No. 24134321
molly@texascivilrightsproject.org
Texas Civil Rights Project
1405 Montopolis
Austin, Texas 78741
Telephone: 512-474-5073

Caitlyn Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Waters Kraus Paul
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: 214-357-6244
Facsimile:  214-357-7252

Peter B. Steffensen
Texas State Bar No. 24106464
psteffensen@smu.edu
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
Telephone: 214-768-4077
Facsimile:  214- 768-1611

**ATTORNEYS FOR PLAINTIFFS**

PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING