IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALTON WAGGONER, LAFAYETTE "TERI" HEISHMAN, HANNA LEBOVITS, AND KAWANA SCOTT,  PLAINTIFFS, <br><br> v. <br><br> THE CITY OF DALLAS, TEXAS, EDGARDO GARCIA, IN HIS OFFICIAL CAPACITY, AND DAVID PUGHES, IN HIS OFFICIAL CAPACITY,  DEFENDANTS. | § § § § § § § § § § § § §  <br><br> CASE NO. 3:22-CV-02776-E-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' *Motion for a Preliminary Injunction* is **DENIED**.

SO ORDERED: August 25, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE