IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALTON WAGGONER, LAFAYETTE "TERI" HEISHMAN, HANNAH LEBOVITS, KAWANA SCOTT,<br>　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS,<br>EDGARDO GARCIA, in his Official Capacity,<br>And DAVID PUGHES, in his Official Capacity,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:22-cv-02776-E |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

**Ana Jordan** and **Eric Chen** and the law firm of **Carter Arnett PLLC** request permission to withdraw as counsel of record for Defendants the City of Dallas and, in their official capacities, Dallas Chief of Police Edgardo Garcia and Dallas City Marshal David Pughes (together "the City"). The City will continue to be represented by the City Attorney's Office.

Plaintiffs have no objection to this withdrawal of counsel and will not be harmed by this withdrawal.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ann "Ana" Jordan*
　　　　　　　　　　　　　　　　　　　ANN "ANA" JORDAN
　　　　　　　　　　　　　　　　　　　*ajordan@carterarnett.com*
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00790748
　　　　　　　　　　　　　　　　　　　**CARTER ARNETT PLLC**
　　　　　　　　　　　　　　　　　　　8150 N. Central Expressway, Suite 500
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75206
　　　　　　　　　　　　　　　　　　　214-550-8188 (Tel)/214-550-8185 (Fax)

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　　**THE CITY DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023 the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ Eric B. Chen*
Eric B. Chen

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 25, 2023, I conferred with counsel for Plaintiffs regarding the relief sought herein, and this Motion is unopposed.

*/s/ Eric B. Chen*
Eric B. Chen
