IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALTON WAGGONER et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-02776-E |
| The City of Dallas, Texas et al., | § § § | |
| Defendants. | § § § § | |

### ORDER

Before the Court is the Parties' Joint Motion to Stay. (ECF No. 124). After considering the motion, the record, and applicable law, the Court finds that the motion should be, and hereby is, **GRANTED**.

It is therefore ORDERED that all matters in this case are **STAYED** pending the Court's adoption, modification, or rejection of the Magistrate Judge's Recommendation.

**SO ORDERED:** September 12, 2025.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ADA BROWN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE