IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Alton Waggoner, Lafayette "Teri" Heishman, and Hannah Lebovits, and Kawana Scott,  *Plaintiffs*, <br><br> v. <br><br> The City of Dallas, Texas, Edgardo Garcia, In His Official Capacity, and David Pughes, In His Official Capacity,  *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 3:22-CV-2776-E-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 29, 2025—(ECF No. 123). Plaintiffs Heishman, Lebovits, and Waggoner filed objections. (ECF No. 130). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Therefore, Defendants' Motion for Summary Judgment (ECF No. 103) is **GRANTED**, Plaintiff's Motion for Partial Summary Judgment (ECF No. 100)

is **DENIED AS MOOT,** and Plaintiff's Claims are **DISMISSED WITH PREJUDICE.** The Clerk of Court is hereby directed to close the case.

    **SO ORDERED.**

12th day of December, 2025.

                                                                       _____
                                                                    ADA BROWN
                                                                    UNITED STATES DISTRICT JUDGE